# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| HOMER CITY GENERATION, L.P.,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>*Respondents*. | No. 22-3039<br>(*Consolidated with No. 22-3026*) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties to the consolidated proceedings in case numbers 22-3039 and 22-3026 hereby stipulate to the voluntary dismissal of Homer City Generation, L.P.'s petition for review in case number 22-3039, with each party to bear its own costs.

Keystone-Conemaugh Projects, LLC and the Pennsylvania Department of Environmental Protection state separately that their stipulations are not intended, and should not be construed, to waive, abandon, or preclude their right to rely upon and advance arguments from the briefs of Homer City that were adopted or incorporated by reference.

Respectfully submitted this 17th day of July, 2023.

| | |
|---|---|
| **BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.** | **SAUL EWING LLP** |
| *s/ Joseph V. Schaeffer* <br> Joseph V. Schaeffer (PA 323256) <br> 603 Stanwix Street, Floor 6 <br> Pittsburgh, PA 15222 <br> (412) 394-5400 <br> jschaeffer@babstcalland.com <br><br> *Counsel for Petitioner Keystone-Conemaugh Projects, LLC* | *s/ Patrick F. Nugent* <br> Patrick F. Nugent (PA 313979) <br> Centre Square West <br> 1500 Market St., 38th Floor <br> Philadelphia, PA 19102 <br> (215) 972-7134 <br> patrick.nugent@saul.com <br><br> *Counsel for Petitioner Homer City Generation, L.P.* |
| **THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION** | **UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT & NATURAL RESOURCES DIVISION** |
| *s/ Jesse C. Walker* <br> Jesse C. Walker (PA 317750) <br> Assistant Counsel <br> Bureau of Regulatory Counsel <br> P.O. Box 8464 <br> Harrisburg, PA 17105-8464 <br> (717) 787-7060 <br> jeswalker@pa.gov <br><br> *Counsel for Petitioner-Intervenor Commonwealth of Pennsylvania, Department of Environmental Protection* | *s/ Brandon N. Adkins* <br> Brandon N. Adkins <br> Attorney, Env't Defense Section <br> Env't & Natural Resources Div. <br> U.S. Department of Justice <br> P.O. Box 7611 <br> Washington, D.C. 20044 <br> (202) 616-9174 <br> Brandon.Adkins@usdoj.gov <br><br> *Counsel for Respondents United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency* |

| | |
|---|---|
| **EARTHJUSTICE** | **MANKO, GOLD, KATCHER & FOX LLP** |
| *s/ Charles McPhedran* | *s/ Stephen D. Daly* |
| Charles McPhedran (PA 60123) | Stephen D. Daly |
| 1617 John F. Kennedy Blvd. | Three Bala Plaza East, Suite 700 |
| Suite 2020 | Bala Cynwyd, PA 19004 |
| Philadelphia, PA 19103 | (484) 430-5700 |
| (215) 717-4521 | sdaly@mankogold.com |
| cmcphedran@earthjustice.org | |
| | *Counsel for Respondent-Intervenor Montour, LLC* |
| *Counsel for Respondent-Intervenor Sierra Club* | |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that a copy of the foregoing Stipulation was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 17, 2023

s/ Patrick F. Nugent
Patrick F. Nugent (PA 313979)
SAUL EWING LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: 215-972-7134
F: 215-972-7725
patrick.nugent@saul.com

*Counsel for Petitioner Homer City Generation, L.P.*