# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>22-3039</u>

Homer City Generation LP v. EPA, et al

(EPA-R03-OAR-2022-0347)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party.

Because Keystone-Conemaugh Projects and the Pennsylvania Department of Environmental Protection adopted arguments advanced by Homer City pursuant to Fed. R. App. P. 28(i), the Clerk's Office will file Homer City's principal and reply briefs on the docket in appeal No. 22-3026.

A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   July 18, 2023
SB/cc:   All Counsel of Record

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate